**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| RE/MAX, LLC )<br>a Delaware limited liability company, )<br>)<br>            Plaintiff, )<br>   v. )<br>)<br>RHEGAR REALTY, INC. f/k/a )<br>RE/GAR REALTY, INC. )<br>an Illinois corporation, )<br>)<br>and )<br>)<br>PORFIRIO GARCIA, )<br>an individual, )<br>            Defendants. ) | Civil Action No. 1:10-cv-06006<br><br>Judge John W. Darrah<br><br>Magistrate Judge Maria Valdez |

## JOINT MOTION FOR ENTRY OF ORDER AND CONSENT JUDGMENT

Plaintiff RE/MAX, LLC ("RE/MAX") and Defendants RHEGAR REALTY, INC. f/k/a RE/GAR REALTY, INC. ("RHEGAR") and Porfirio Garcia (collectively, "Defendants,"), respectfully move the Court for the entry of final judgment under Rules 54 and 58 of the Federal Rules of Civil Procedure in the form of the proposed Order and Consent Judgment submitted herewith. The parties further agree that this Court should retain jurisdiction over the parties for the purpose of enforcing the terms of the Consent Judgment.

Dated: February 8, 2011          *s/Jeffrey P. Dunning*
Kevin J. O'Shea
Jeffrey P. Dunning
GREENBERG TRAURIG, LLP
77 West Wacker Drive
Suite 2500
Chicago, IL 60601
Telephone: 312-456-8400
Facsimile: 312-456-8435

Gayle L. Strong
GREENBERG TRAURIG, LLP
1200 17th Street, Suite 2400
Denver, Colorado 80202
Telephone: (303) 572-6500
Facsimile: (303) 572-6540

***Attorneys for Plaintiff RE/MAX, LLC***


*s/Jeffrey Thut*
Jeffrey Thut
Roach, Johnson and Thut
415 Washington St., Suite 103
Waukegan, IL 60085
Telephone: 847-623-0600
Facsimile: 847-360-9100

***Attorneys for Defendants Porfirio Garcia and RHEGAR Realty, Inc. f/k/a RE/GAR Realty, Inc.***